VERONICA R. KONTILIS, State Bar No. 311136
ANGÉLICA M. MILLÁN, State Bar No. 217716
LEGAL SERVICES OF NORTHERN CALIFORNIA
421 N. Oak Street
Ukiah, CA 95482
Tele. (707) 513-1022
Fax. (707) 462-9483
Email. vkontilis@lsnc.net

STEPHEN E. GOLDBERG, State Bar No. 173499
LEGAL SERVICES OF NORTHERN CALIFORNIA
517 12th Street
Sacramento, CA 95814
Tele. (916) 551-2181
Fax. (916) 551-2196
Email: sgoldberg@lsnc.net

Attorneys for Petitioner William Kappelman

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIAM KAPPELMAN,** | Case No.: 3:18-cv-03104-RS |
| Petitioner, | **[PROPOSED] ORDER ON STIPULATION GRANTING PETITIONER LEAVE TO FILE AMENDED VERIFIED PETITION AND COMPLAINT** |
| vs. | |
| **CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD, PATRICK HENNING, Director, Employment Development Department, and EMPLOYMENT DEVELOPMENT DEPARTMENT,** | |
| Respondents. | |

1

*KAPPELMAN V. CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD, et al.*;
[PROPOSED] ORDER ON STIPULATION GRANTING PETITIONER LEAVE TO FILE AMENDED
VERIFIED PETITION AND COMPLAINT (3:18-cv-03104-RS)

# [~~PROPOSED~~] ORDER

Having considered the Parties' Stipulation Granting Petitioner Leave to File Amended Petition and Complaint, and with good cause appearing, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Petitioner may file an Amended Petition and Complaint, attached to the Parties' Stipulation as Exhibit "A."
2. The Amended Petition and Complaint is deemed filed and served as of the date this Order is transmitted via the CM/ECF system.
3. Respondents' responsive pleading shall be due thirty-one (31) days after the Amended Petition and Complaint is served pursuant to Paragraph 2.

**IT IS SO ORDERED.**

Dated: 9/10/18

_____
The Honorable Richard Seeborg
United States District Court Judge

2

*KAPPELMAN V. CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD, et al.*;
[PROPOSED] ORDER ON STIPULATION GRANTING PETITIONER LEAVE TO FILE AMENDED
VERIFIED PETITION AND COMPLAINT (3:18-cv-03104-RS)