1  XAVIER BECERRA
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CAROLYN O. TSAI
   Deputy Attorney General
4  State Bar No. 239631
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3539
6   Fax:  (415) 703-5480
    E-mail:  Carolyn.Tsai@doj.ca.gov
7  *Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WILLIAM KAPPELMAN,** | Case No. 3:18-cv-03104-RS |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD, PATRICK HENNING, Director, Employment Development Department, and EMPLOYMENT DEVELOPMENT DEPARTMENT,,** | |
| Respondents. | |

Pursuant to Rule 7-12 and 16-2(e) of the Northern District of California Local Rules, Petitioners and Respondents, through their counsel of record, hereby stipulate as follows:

(1) Respondents' motion to dismiss is set to be heard on November 8, 2018 at 1:30 p.m.

(2) A case management conference is set for November 29, 2018 at 11:00 a.m.

(3) Counsel for Respondents is unexpectedly unavailable from October 26, 2018 until November 2, 2018 and on November 8, 2018. Foremost, counsel is unavailable during this time because a discovery dispute in another matter, *I.N. v. Kent*, 3:18-cv-03099-WHA, resulted in an October 23, 2018 Court order in the matter which requires the parties to complete several depositions in one week. In the same case, another order from a magistrate judge set a settlement conference on November 2, 2018. Moreover, another deposition had already been scheduled on November 6, 2018, again in the same matter, and cannot be moved. In short, the events in this other matter have overwhelmed Respondents' counsel's calendar for the last week of October and the first week of November.

(4) The parties, through their counsel of record, have met and conferred, and based on that, stipulate that the hearing on Respondents' motion to dismiss be continued to **December 6, 2018 at 1:30 p.m.** The parties further stipulate that Petitioners' brief in opposition to the pending motion to dismiss will be filed and served no later than November 8, 2018, and Respondents' brief in reply to the opposition will be filed and served no later than November 21, 2018. The parties further stipulate that the case management conference be continued to **December 20, 2018 at 11:00 a.m.,** with telephonic appearances, and that the joint case management conference statement shall be filed no later than December 13, 2018.

IT IS SO STIPULATED.

Dated: October 26, 2018              /s/ Carolyn O. Tsai
                                     Carolyn O. Tsai
                                     *Attorney for Respondents*

Dated: October 26, 2018              /s/ Veronica Kontilis
                                     Veronica Kontilis
                                     *Attorney for Petitioner*

Having considered the above stipulation of the parties, and for good cause shown, the hearing for Respondents' motion to dismiss, currently set for November 8, 2019, is continued to December 6, 2018 at 1:30 p.m., and the case management conference currently set for November 29, 2018 is continued to December 20, 2018 at 11:00 am., with telephonic appearances. The joint case management conference statement shall be filed no later than December 13, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/29/18_____    _____
           The Hon. Richard Seeborg

```
* All parties shall appear telephonically and must contact Court Conference at
  (866) 582-6878 at least one week prior to the Conference to arrange their
  participation
```

3

Stipulation and [Proposed] Order re Continuances (3:18-cv-03104)