UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KAPPELMAN,

        Plaintiff,

    v.

CALIFORNIA UNEMPLOYMENT
INSURANCE APPEALS BOARD, et al.,

        Defendants.

Case No.  18-cv-03104-RS

**STANDBY ORDER OF DISMISSAL**

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 4, 2019**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      **IT IS SO ORDERED.**

Dated:  March 13, 2019

_____
Richard Seeborg
United States District Judge